# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NANETTE RANDOLPH, | Case No. 2:18-cv-00238-APG-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| LINDA MCMAHON, | |
| Defendant(s). | |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016). Plaintiff failed to file a certificate of interested parties. Accordingly, Plaintiff must file a certificate of interested parties no later than February 20, 2018.

IT IS SO ORDERED.

DATED: February 12, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge