# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NANETTE RANDOLPH, | Case No. 2:18-cv-00238-APG-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| LINDA MCMAHON, | |
| Defendant(s). | |

Plaintiff was ordered to file a certificate of interested parties by February 20, 2018, Docket No. 5, but has not done so. The Court again **ORDERS** Plaintiff to file a certificate of interested parties, this time by March 23, 2018. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

DATED: March 20, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge