# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NANETTE RANDOLPH, | Case No.: 2:18-cv-00238-APG-NJK |
| Plaintiff(s), | |
| v. | **Order** |
| LINDA MCMAHON, | |
| Defendant(s). | |

Pending before the Court is the parties' discovery plan seeking special scheduling review. Docket No. 16. The Court hereby SETS a hearing on that discovery plan for 11:00 a.m. on July 9, 2018, in Courtroom 3C.

IT IS SO ORDERED.

Dated: July 3, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1