Timothy A. Bridge
Attorney at Law
13813 Chicago Ave.
Wellston, MI 49689
(630) 400-9859
tabridge@sbcglobal.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| NANETTE RANDOLPH, | ) | |
| | ) | |
| plaintiff, | ) | No. 2:18-cv-00238-APG-NJK |
| | ) | |
| v. | ) | Magistrate Judge Peggy A. Leen |
| | ) | |
| LINDA MCMAHON, Administrator, | ) | (Jury Demanded) |
| U.S. Small Business Administration, | ) | |
| | ) | |
| defendant. | ) | |

**PLAINTIFF'S AMENDED MOTION FOR LEAVE TO
APPEAR TELEPHONICALLY**

NOW COMES the plaintiff, Nanette Randolph, by her attorney, Timothy A. Bridge and, pursuant to LR16-6(e), plaintiff requests leave to appear telephonically at the Early Neutral Evaluation (ENE) session. In support of such motion, plaintiff states as follows:

1. Plaintiff's counsel is a sole practitioner, currently residing in Wellston, MI.

2. Plaintiff's motion to appear Pro Hac Vice was granted by the court on March 16, 2018.

3. This matter is currently scheduled for an Early Neutral Evaluation (ENE) session at 9:30 a.m. on August 22, 2018 at the Lloyd D. George United States Courthouse, Las Vegas, Nevada.

4. Plaintiff is able to appear in person at the ENE session.

5. Plaintiff, however, has been unemployed since the cessation of her employment at

the SBA in March, 2016 to the present and, for such reason, is unable to bear the costs of counsel's air travel and hotel expenses to attend the ENE session.

6. Counsel for plaintiff has consulted with defendant's counsel and he has expressed no objection to the instant motion.

7. Granting counsel's motion for leave to appear telephonically at the ENE session will assist in the orderly processing of this case without prejudice to any of the parties.

WHEREFORE, counsel for plaintiff respectfully requests leave to attend the ENE session on August 22, 2018 via telephonic communication.

Respectfully submitted,
**NANETTE RANDOLPH,**

BY: *Timothy A. Bridge*
Timothy A. Bridge, Esq.
Plaintiff's Attorney

IT IS ORDERED that plaintiff's out-of-state counsel shall be permitted to participate telephonically for the ENE on August 22, 2018. Counsel shall be telephonically connected to the ENE Conference by dialing (877) 810-9415, and entering Access Code: 2365998 no later than 9:25 a.m. Pacific Time. Local counsel will be required to appear in person.

Dated: August 17, 2018

Peggy A. Leen
United States Magistrate Judge

Timothy A. Bridge
*Attorney at Law*
13813 Chicago Avenue
Wellston, MI 49689
(630) 400-9859
tabridge@sbcglobal.net

# CERTIFICATE OF SERVICE

I, TIMOTHY A. BRIDGE, counsel for plaintiff, certify that Plaintiff's Motion to Appear Telephonically was sent this 2nd day of August, 2018 via email addressed as follows:

DAYLE ELIESON
United States Attorney District ofNevada
PATRICK A. ROSE
KRYSTAL J. ROSSE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 7 02-388-633 6
Email : krystal.rosse@usdoj. gov
patrick.rose@usdoj.gov

_____
TIMOTHY A. BRIDGE

Timothy A. Bridge
*Attorney at Law*
13813 Chicago Avenue
Wellston, MI 49689
(630) 400-9859
tabridge@sbcglobal.net