# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NANETTE RANDOLPH,

    Plaintiff(s),

v.

LINDA MCMAHON,

    Defendant(s).

Case No.: 2:18-cv-00238-APG-NJK

**ORDER**

[Docket No. 35]

Pending before the Court is Plaintiff's motion to extend the deadline to file a joint interim status report. Docket No. 35.[1] The motion indicates that discovery remains on-going and it would be more appropriate to file the joint interim status report after the close of discovery. *Id.* at 2. The status report at issue is an "interim" one, and is to be filed while discovery is on-going. *See, e.g.*, Local Rule 26-3 (requiring that the "interim" status report be filed "[n]ot later than 60 days *before* the discovery cut-off" (emphasis added)). The Court fails to discern special circumstances in this case to depart from that established practice.

---

[1] The deadline at issue has already expired. *See* Docket No. 32. As such, the motion is actually seeking to revive that deadline and such relief requires an additional showing of excusable neglect. *See, e.g.*, Local Rule 26-4. No explanation has been provided why the instant request was not filed before the deadline expired.

1

As such, the motion to extend is **DENIED**. A joint interim status report shall be filed by December 28, 2018.

IT IS SO ORDERED.

Dated: December 20, 2018

_____
Nancy J. Koppe
United States Magistrate Judge