DAYLE ELIESON
United States Attorney
District of Nevada

PATRICK A. ROSE
Nevada Bar No. 5109
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: patrick.rose@usdoj.gov;
       troy.flake@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| NANETTE RANDOLPH, | ) | 2:18-cv-00238-APG-NJK |
| Plaintiff, | ) | |
| v. | ) | **Motion for Stay and Extension Due to Lapse of Appropriations** |
| LINDA MCMAHON, Administrator, U.S. Small Business Administration, | ) | |
| Defendant. | ) | |

Federal Defendant moves for a stay of proceedings pending, as well as an extension of existing deadlines commensurate with the duration of, the lapse in appropriations (partial government shutdown).

1. At midnight on December 21, 2018, the continuing resolution that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several Executive Branch agencies, including Federal Defendant, the U.S. Small Business Administration. The Department and Federal Defendant do not know when funding will be restored by Congress.

2. Absent an appropriation or continuing resolution, Executive Branch employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection

1

of property." 31 U.S.C. § 1342. The instant lawsuit does not appear to meet such criteria because it is a civil case for alleged past employment discrimination and retaliation. The lapse in appropriations also prevents the United States Attorney's Office from paying for costs that would otherwise be routine such as deposition transcripts and work-related travel.

3. Defendant therefore requests a stay of proceedings until Congress has restored appropriations to the Department. Defendant also requests an extension of deadlines commensurate with the duration of the lapse in appropriations.

4. In light of the foregoing, Plaintiff's counsel has agreed to vacate without prejudice the scheduled January 15, 2019 deposition of Eugene Cornelius in Washington, D.C., and counsel has further advised that he will not oppose this motion.

5. Defendant will notify Plaintiff and the Court as soon as Congress has appropriated funds for the Department or enacted another continuing resolution and undersigned counsel can resume usual civil litigation duties.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Defendant hereby moves for a stay in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted this 4th day of January 2019.

    DAYLE ELIESON
    United States Attorney

    */s/ Troy K. Flake*
    TROY K. FLAKE
    PATRICK A. ROSE
    Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 4, 2019