# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NANETTE RANDOLPH,<br>         Plaintiff(s),<br>v.<br>LINDA MCMAHON,<br>         Defendant(s). | Case No.: 2:18-cv-00238-APG-NJK<br>**Order**<br>[Docket No. 62] |

On April 21, 2020, the Court granted attorney Timothy Bridge's motion to withdraw as attorney. Docket No. 62; *see also* Docket No. 59 (motion to withdraw). The Court possesses the power to reconsider its interlocutory orders. *United States v. Martin*, 226 F.3d 1042, 1049 (9th Cir. 2000). Upon further reflection, the motion to withdraw should have been denied without prejudice because it was not served on the affected client. *Compare* Local Rule IA 11-6(b) *with* Docket No. 59 at 3 (certificate of service). Accordingly, the Court **VACATES** its order at Docket No. 62 and **DENIES** without prejudice the motion to withdraw at Docket No. 59. The Clerk's Office is **INSTRUCTED** to reactivate Mr. Bridge as attorney of record in this case. Any renewed motion to withdraw must comply with the local rules, including serving it on the affected client.

IT IS SO ORDERED.

Dated: May 11, 2020

_____
Nancy J. Koppe
United States Magistrate Judge